# Court of Appeals
# of the State of Georgia

ATLANTA,  December 17, 2018

*The Court of Appeals hereby passes the following order:*

**A19I0120.  TAMBERCON, LLC v. JACQUELINE BOSBY et al.**

Upon review of this application for interlocutory appeal, it is hereby GRANTED. Applicant Tambercon, LLC shall have ten days from the date of this order to file a notice of appeal in the trial court. If Tambercon, LLC has already filed a timely notice of appeal from the order at issue here, it need not file a second notice. The clerk of the trial court is directed to include a copy of this order in the record transmitted to the Court of Appeals.



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta,  12/17/2018*
*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*
*Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____ *, Clerk.*